**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Yakubu HOWARD, Defendant–
Appellant.**

**No. 06–12962
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 12, 2006.

Richard H. Loftin, Mobile, AL, for Plaintiff-Appellee.

Kristen Gartman Rogers, Federal Public Defender, Carlos Alfredo Williams, Frederick W. Tiemann, K. Lyn Hillman, Federal Defender's Office, Mobile, AL, for Defendant-Appellant.

Before BIRCH, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Yakubu Howard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Howard's conviction and sentence are **AFFIRMED.**